1016

INVESTMENT EXCHANGE REALTY, INC., *Respondent,* v. HILL-
CREST BOWL, INC., *et al., Appellants.*

Appeal from a judgment of the Superior Court for King
County, No. 718015, Solie M. Ringold, J., entered March 5,
1971. *Affirmed* by unpublished opinion per Swanson, J.,
concurred in by Horowitz, C.J., and James, J.

JOHN R. FLETCHALL, *Appellant,* v. F. W. BURY, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 718777, Charles Z. Smith, J., entered April 30,
1971. *Affirmed* by unpublished opinion per Swanson, J.,
concurred in by Farris, A.C.J., and James, J.

KENNETH E. RILEY, *Appellant,* v. GERALD STURDEVANT *et al.,
Defendants,* HOMER A. BERGREN *et al., Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 717174, Henry Clay Agnew, J., entered March
16, 1971. *Remanded* by unpublished opinion per James, J.,
concurred in by Farris, A.C.J., and Swanson, J.

JOSEPH MERRIWEATHER *et al., Appellants,* v. WILLIAM M.
KELLEY *et al., Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 719317, Edward E. Henry, J., entered June 11,
1971. *Affirmed* by unpublished opinion per Williams, J.,
concurred in by Farris, A.C.J., and James, J.